IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES WEEKLY-KHABIN
ADC # 86771                                                                                            PLAINTIFF

V.                                                    5:06CV00021 WRW/HDY

J. TAYLOR, CO-I, Cummins Unit, Arkansas Department
of Correction; and K. LUCKETT, Assistant Warden,
Arkansas Department of Correction                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 24th day of February, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE